IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
WEIMIN HU,

                      Plaintiff,

-against-                        Case No. 2:14-cv-06914

KAIHUA CAI, LIMAN HU AND CAI
RESEARCH, LLC,

                      Defendants.
---------------------------------------------------------------x

**CLOSED**

      Plaintiff Weimin Hu and Defendants Kaihua Cai, Liman Hu and Cai Research, LLC give notice that they stipulate to the voluntary dismissal of this case without costs or attorney's fees to either party. This dismissal is with prejudice to Weimin Hu on the underlying facts. The above-captioned parties have agreed to binding arbitration.

      DATED: August 19, 2015

**PERKINS COIE LLP**                    **BOND SCHOENECK & KING PLLC**

By: */s/ Jeffrey D. Vanacore*             By: */s/ Michael P. Collins*
    Jeffrey D. Vanacore                     Michael P. Collins,
    JVanacore@perkinscoie.com          Mcollins@bsk.com

    30 Rockefeller Plaza, 22nd Floor        600 Third Avenue, 22nd Floor
    New York, NY 10112                    New York, NY 10016-1915
    Telephone: (212) 262-6912            Telephone: (646) 253-2318
    Facsimile: (212) 977-1642             Facsimile: (646) 253-2301

                                        Of Attorneys for Defendants Kaihua Cai,
    Of Attorneys for Plaintiff Weimin Hu    Liman Hu and Cai Research, LLC

*So Ordered —*
*[signature], USDJ*
*9/24/15*

127381172.2